IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ELIJAH JONQUAILDESHAWN KING,                                                        PLAINTIFF

v.                                          Civil No. 4:24-CV-04084-CDC

WARDEN JOHN MINERS, Southwest
Arkansas Community Correction Center
(SWACCC); MAJOR VICKY WALKER,
SWACCC; CORPORAL LEUGENE
WHITE, SWACCC; LIEUTENANT BRIAN
MARTIN, SWACCC; and CORPORAL
LUCAS McCLAIN, SWACC,                                                               DEFENDANTS


## ORDER

Having previously granted Plaintiff's request to proceed *in forma paupers* ("IFP"), (ECF No. 2), this Court hereby directs the United States Marshal to serve Plaintiff's Amended Complaint, (ECF No. 8), and this Court's Report and Recommendation on the Amended Complaint on Defendants Corporal Leugene White and Corporal Lucas McClain.

Defendants are to be served at: DCC-Southwest Arkansas Community Correction Center, 506 Walnut Street, Texarkana, Arkansas 71854.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If the service recipient will not accept service for the Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with the Defendant's last known address and phone number.  This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

IT IS SO ORDERED this 24th day of September 2024.

/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE