IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ELIJAH JONQUAILDESHAWN KING                                                                PLAINTIFF

v.                                                Case No. 4:24-cv-4084

WARDEN JOHN MINERS; MAJOR
VICKY WALKER; CORPORAL LEUGENE
WHITE; LIEUTENANT BRIAN MARTIN;
CORPORAL LUCAS MCCLAIN                                                                   DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Upon preservice screening of Plaintiff's Amended Complaint (ECF No. 8) pursuant to 28 U.S.C. § 1915A(a), Judge Comstock recommends that: 1) Plaintiff's conditions of confinement claim against Defendant Leugene White in his individual capacity procced, 2) Plaintiff's conditions of confinement claim against Lucas McClain in his individual capacity proceed, 3) Plaintiff's conditions of confinement claim against Defendants White and McClain in their official capacities be dismissed without prejudice, 4) Plaintiff's due process claim against Defendant White be dismissed without prejudice, and 5) Plaintiff's claims against Defendants John Miners, Vicky Walker, and Brian Martin be dismissed without prejudice and these Defendants be terminated from this matter. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 10) *in toto*. Accordingly, Plaintiff's conditions of confinement claim against Defendants White and McClain in their individual capacities may proceed. All of Plaintiff's other claims hereby are **DISMISSED WITHOUT**

**PREJUDICE**.  Defendants John Miners, Vicky Walker, and Brian Martin hereby are **terminated** from this action.

    **IT IS SO ORDERED**, this 12th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
