IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ELIJAH JONQUAILDESHAWN KING          PLAINTIFF

v.        Case No. 4:24-cv-4084

CORPORAL LEUGENE WHITE, *et al*.         DEFENDANTS

## ORDER

  Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice for failure to prosecute this matter and for failure to comply with the Court's Orders. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

  Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 25) in toto. Accordingly, Plaintiff's Amended Complaint (ECF No. 8) is hereby **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 22nd day of April, 2025.

                /s/ Susan O. Hickey
                Susan O. Hickey
                Chief United States District Judge